# Exhibit 1

Int. Cls.: 9, 16, 25 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107

Reg. No. 2,194,702

**United States Patent and Trademark Office**    Registered Oct. 13, 1998

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## PINK FLOYD

PINK FLOYD (1987) LIMITED (UNITED KINGDOM CORPORATION)
43, PORTLAND ROAD
LONDON W11 4LJ, ENGLAND

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, AUDIO AND VIDEO CASSETTE RECORDERS, RECORD PLAYERS AND COMPACT DISC PLAYERS, COMPACT DISCS, RECORDS, AND PRE-RECORDED AUDIO AND VIDEO TAPES FEATURING MUSICAL ENTERTAINMENT AND INTERVIEWS, COMPUTER PROGRAMS FOR ELIMINATING DISTORTION AND AMBIENT NOISE DURING THE RECORDING OF MUSIC, COMPUTER GAMES CASSETTES, CARTRIDGES, DISCS TAPES AND PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-15-1967; IN COMMERCE 10-15-1967.

FOR: PRINTED MATTER, NAMELY, BOOKS, MAGAZINES AND JOURNALS RELATING TO MUSICAL ENTERTAINMENT, MOUNTED AND UNMOUNTED POSTERS, MOUNTED AND UNMOUNTED PHOTOGRAPHS, POST CARDS, GREETING CARDS, SONG BOOKS, SHEET MUSIC AND DECALCOMANIA, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1967; IN COMMERCE 10-0-1968.

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, HEADBANDS, JACKETS, LEATHER JACKETS, JERSEYS, JUMPERS, PAJAMAS, PANTS, SCARVES, GLOVES, SWEATSHIRTS, SPORTS SHIRTS, SHIRTS, T-SHIRTS, TROUSERS, WRIST BANDS, HATS, CAPS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-1967; IN COMMERCE 10-0-1968.

FOR: RECORDING STUDIOS, MUSIC PUBLISHING SERVICES, ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND, MOTION PICTURE FILM PRODUCTION, PRODUCTION OF VIDEO TAPES, VIDEO DISCS AND VIDEO CASSETTES, FOR OTHERS; COMPOSITION OF MUSIC FOR OTHERS, AND ORGANIZING EXHIBITIONS FOR MUSICAL ENTERTAINMENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-0-1967; IN COMMERCE 10-0-1968.

SER. NO. 75-217,644, FILED 12-23-1996.

JAMES L. VANA, EXAMINING ATTORNEY

Int. Cls.: 9, 16, 25 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 50, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,247,700
Registered May 29, 2007

## TRADEMARK
## SERVICE MARK
PRINCIPAL REGISTER

# PINK FLOYD

PINK FLOYD (1987) LIMITED (UNITED KINGDOM LIMITED COMPANY)
42-46 HIGH STREET
ESHER, SURREY, KT10 9RT
UNITED KINGDOM

FOR: COMPACT DISCS, PHONOGRAPHIC RECORDS, PRE-RECORDED AUDIO AND VIDEO TAPES ALL FEATURING MUSIC AND/OR INTERVIEWS WITH MUSICIANS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY, BOOKS, MAGAZINES, JOURNALS IN THE FIELD OF MUSICAL ENTERTAINMENT, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, HEADBANDS, JACKETS, LEATHER JACKETS, JERSEYS, JUMPERS, PAJAMAS, PANTS, SCARVES, GLOVES, SWEATSHIRTS, SPORT SHIRTS, SHIRTS, T-SHIRTS, TROUSERS, WRIST BANDS, HATS, CAPS, AND FOOTWEAR , IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: VIDEO, DISC AND CASSETTE RECORDING FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0861426 DATED 7-11-2005, EXPIRES 7-11-2015.

OWNER OF U.S. REG. NO. 2,194,702.

THE MARK PINK FLOYD DOES NOT IDENTIFY ANY LIVING INDIVIDUAL.

SER. NO. 79-015,083, FILED 7-11-2005.

DANIEL CAPSHAW, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,232,255**
**Registered Oct. 30, 2012**

**Int. Cls.: 9, 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Director of the United States Patent and Trademark Office*

PINK FLOYD (1987) LTD. (UNITED KINGDOM LIMITED COMPANY (LTD.))
THAMES HOUSE, PORTSMOUTH ROAD
ESHER, SURREY, UNITED KINGDOM KT109AD

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; AUDIO AND VIDEO CASSETTE RECORDERS, RECORD PLAYERS AND COMPACT DISC PLAYERS, COMPACT DISCS, RECORDS, DVDS AND PRE-RECORDED AUDIO AND VIDEO TAPES FEATURING MUSICAL ENTERTAINMENT AND INTERVIEWS, COMPUTER PROGRAMS FOR ELIMINATING DISTORTION AND AMBIENT NOISE DURING THE RECORDING OF MUSIC, COMPUTER GAMES CASSETTES, CARTRIDGES, DISCS TAPES AND PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY, BOOKS, MAGAZINES AND JOURNALS RELATING TO MUSICAL ENTERTAINMENT, MOUNTED AND UNMOUNTED POSTERS, MOUNTED AND UNMOUNTED PHOTOGRAPHS, POST CARDS, GREETING CARDS, SONG BOOKS, SHEET MUSIC AND DECALCOMANIA, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, HEADBANDS, JACKETS, LEATHER JACKETS, JERSEYS, JUMPERS, PAJAMAS, PANTS, SCARVES, GLOVES, SWEATSHIRTS, SPORTS SHIRTS, SHIRTS, T-SHIRTS, TROUSERS, WRIST BANDS, HATS, CAPS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 009912163, FILED 4-20-2011, REG. NO. 009912163, DATED 11-2-2011, EXPIRES 4-20-2021.

THE COLOR(S) RED, ORANGE, YELLOW, LIGHT GREEN, DARK GREEN, BLUE, VIOLET, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A DARK GREEN CIRCLE CONTAINING A SPECTRUM OF THE COLORS RED, ORANGE, YELLOW, LIGHT GREEN, BLUE, AND VIOLET WITH A LIGHT GREEN, WAVY LINE PROTRUDING ABOVE AND BELOW THE SPECTRUM ALL AGAINST A BLACK BACKGROUND.

SER. NO. 85-324,827, FILED 5-19-2011.

CHRISTINE MARTIN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,236,037**
**Registered Nov. 6, 2012**
**Int. Cls.: 9, 16 and 25**

**TRADEMARK**
**PRINCIPAL REGISTER**

PINK FLOYD (1987) LTD. (UNITED KINGDOM LIMITED COMPANY (LTD.))
THAMES HOUSE, PORTSMOUTH ROAD
ESHER, SURREY, UNITED KINGDOM KT109AD

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; AUDIO AND VIDEO CASSETTE RECORDERS, RECORD PLAYERS AND COMPACT DISC PLAYERS, COMPACT DISCS, RECORDS, DVDS AND PRE-RECORDED AUDIO AND VIDEO TAPES FEATURING MUSICAL ENTERTAINMENT AND INTERVIEWS, COMPUTER PROGRAMS FOR ELIMINATING DISTORTION AND AMBIENT NOISE DURING THE RECORDING OF MUSIC, COMPUTER GAMES CASSETTES, CARTRIDGES, DISCS TAPES AND PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED MATTER, NAMELY, BOOKS, MAGAZINES AND JOURNALS RELATING TO MUSICAL ENTERTAINMENT, MOUNTED AND UNMOUNTED POSTERS, MOUNTED AND UNMOUNTED PHOTOGRAPHS, POST CARDS, GREETING CARDS, SONG BOOKS, SHEET MUSIC AND DECALCOMANIA, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, HEADBANDS, JACKETS, LEATHER JACKETS, JERSEYS, JUMPERS, PAJAMAS, PANTS, SCARVES, GLOVES, SWEATSHIRTS, SPORTS SHIRTS, SHIRTS, T-SHIRTS, TROUSERS, WRIST BANDS, HATS, CAPS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 009909391, FILED 4-20-2011, REG. NO. 009909391, DATED 12-20-2011, EXPIRES 4-20-2021.

THE COLOR(S) WHITE, RED, ORANGE, YELLOW, GREEN, BLUE, VIOLET, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A WHITE, TRIANGULAR PRISM DESIGN WITH BEAM OF WHITE LIGHT TO LEFT AND SPECTRUM OF COLORS RED, ORANGE, YELLOW, GREEN, BLUE, AND VIOLET TO THE RIGHT OF THE PRISM, ALL APPEARING AGAINST A BLACK RECTANGULAR BACKGROUND.

SER. NO. 85-324,805, FILED 5-19-2011.

CHRISTINE MARTIN, EXAMINING ATTORNEY



*/s/ David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# PINK FLOYD

**Reg. No. 5,521,572**

**Registered Jul. 24, 2018**

**Int. Cl.: 9, 14, 15, 16, 18, 21, 25, 26, 28, 34, 35, 41**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States Patent and Trademark Office

PINK FLOYD (1987) LIMITED (UNITED KINGDOM Limited Company, England, Wales )
71 Queen Victoria St.
London Ec4v 4be
UNITED KINGDOM

CLASS 9: Apparatus for recording, transmission or reproduction of sound or images; digital media, namely, pre-recorded tapes, CDs, DVDs and CD-ROMs containing music, movies, and live musical performances; downloadable music files; downloadable audio recordings featuring documentary movies; phonograph records featuring music; digital music downloadable from the internet; electronic, downloadable multimedia file containing audio relating to the fields of music, musical entertainment and live performances by a musical band; music audio recordings; musical video recordings; video recordings featuring music, animation and artistic performances and information in the fields of music, musical entertainment and live performances by a musical band; audio recordings featuring music, animation and artistic performances and information in the fields of music, musical entertainment and live performances by a musical band; downloadable musical sound recordings; pre-recorded audio cassette tapes featuring music; pre-recorded video tapes featuring music; compact discs featuring musical recordings; data storage devices, namely, computer memory cards, RAM (random access memory) cards, portable, external computer hard drives, blank flash drives, blank compact discs, blank USB flash drives; magnetic data carriers, namely, blank magnetic discs; blank magnetic tapes for tape recorders; computer operating programs; computer game programs, namely, computer software for creating video games, software for creating virtual reality games and virtual reality game software, computer gaming software recorded for recreational game playing purposes; computer game software downloadable from a global computer network; USB computer security key; downloadable software applications in the field of music for sharing, reviewing and listening to music audio and visual files and music tutorials in the form of audio and visual files and electronic documents; covers and cases for smart phones; covers and cases for computer tablet devices, laptops and computers; bags adapted for laptops; sunglasses and spectacles; sunglasses and spectacle cases; mouse mats and pads; magnets, decorative magnets

CLASS 14: Jewelry; horological and chronometric instruments; smart watches; key rings and key chains; badges of precious metal; cufflinks; ornamental lapel pins

CLASS 15: Musical instruments; musical instrument accessories, namely, stands, cases, carrying bags and storage bags for musical instruments, reeds for use in woodwind mouthpieces and mutes for musical instruments, tuning apparatus for musical instruments; music sheet stands; guitar picks, plectrums; guitar straps; drumsticks; capos

CLASS 16: Printed matter, namely, books, magazines and journals in the fields of music and musical entertainment, posters, photographs, postcards, greeting cards, song books, printed sheet music, printed decalcomanias, printed wall charts for displaying data in the fields of music and musical entertainment; calendars; stickers; art prints; Bags of paper or plastic for packaging; articles for packaging, namely, containers and cartons of paper or cardboard, plastic sandwich bags, plastic bags for packing, plastic wrap, wrapping paper, cardboard and paper boxes, plastic bubble packs for wrapping, cellophane paper, kraft paper; coasters made of paper

CLASS 18: Bags, namely, rucksacks and messenger bags, wallets, duffel bags, overnight bags, sports bags, drawstring bags, beach bags, tote bags, travel bags, shoulder bags, clutch bags, leather bags, handbags, toiletry bags sold empty; credit-card holders; card wallets; purses

CLASS 21: Tableware, namely, dinnerware, dinner plates, drinking glasses, bowls; cookware, namely, pots and pans; dishes; containers for household or kitchen use; containers, namely, insulated containers for beverages, plastic household storage containers for food, thermal insulated containers for food or beverages; mugs; cups; coasters not of paper; lunch boxes; flasks; coffee pot holders; travel mugs

CLASS 25: Clothing, namely, jackets, leather jackets, hooded jackets, shirts, dresses, skirts, blouses, sweaters, hooded sweaters, coats, pants, shorts, t-shirts, infant wear, scarves, bow ties, neck ties, underwear, swimwear, clothing belts, insulated gloves, leather gloves, bicycle gloves, ski gloves, snowboard gloves, socks, tights; footwear, namely, shoes, athletic footwear, evening footwear, infant footwear, children's footwear, casual footwear, beach footwear; headgear, namely, hats, baseball caps; sweat bands; bathrobes; dressing gowns

CLASS 26: Sewing kits; Sewing articles and decorative textile articles, namely, ornamental ribbons made of textiles, ornamental bows of textile for decoration; embroidered patches for clothing and bags; ornamental novelty badges; novelty buttons; ornamental novelty pins

CLASS 28: Party games; board games; building games; card games; action target games; pinball machines; dice games; dart games; chess games; marbles for games; beanbags in the form of playthings; children's toy tricycles; infant toys; toy action figures; plush toys; musical toys; playing cards; puzzles; children's toy bicycles other than for transport; sport balls; hockey gloves, football gloves, lacrosse gloves, baseball gloves, golf gloves, boxing gloves, goalkeeper's gloves; tennis uprights, volleyball uprights, badminton uprights; nets for sports; bags specially adapted for sports equipment

CLASS 34: Lighters for smokers

CLASS 35: Advertising, marketing and promotional services in the fields of music, musical concerts and musicians; distribution of advertising material in the nature of leaflets, flyers, printed matter and marketing and promotional material in the nature of discount vouchers and rebates; promotional marketing; providing marketing and promotion of special events in the fields of music, music concerts and musicians

CLASS 41: Educational services, namely, conducting programs in the field of music and music production; providing of training in the field of music production; instruction in the field of music; cultural activities, namely, art exhibitions, museum services; entertainment in the form of live musical concerts; entertainment in the form of live performances by a musical band; arranging, conduction, production and direction of live and pre-recorded entertainment shows in the field of music; production of music television shows, audio and video recordings and radio programs featuring music and artistic performances and information in the fields of music, musical entertainment, live performances by a musical band and pre-recorded performances by a musical band; music recording studio services; recording studio services for videos; film and video productions; record production; production of music records; audio production for film soundtracks; music publishing services; music recording services; production of music; production of sound, music and video recordings; production of musical videos; music video production services; entertainment, namely, presentation, production and organization of live music concerts, musical shows and live performances by musical bands; production of video tapes, digital audio and video discs, and cassette recordings; provision of musical compositions; publication of music books; music recording studio services; recording studio services for videos; presentation of musical performances; providing non-downloadable playback of music via global communications networks; live performances by musical bands; organization of musical performances; post-production editing services in the field of music and videos; Providing online non-downloadable publications in the nature of newsletters, journals, magazines, books, in the field of music; provision of music video entertainment, namely, non-downloadable videos in the field of music via an interactive website; Provision of information relating to entertainment, music, live performances, namely, musical concerts,

music shows and theatre shows, and entertainment shows; Producing and directing of live radio and television programs; museum services; organization of exhibitions for cultural, entertainment and educational purposes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 01-12-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1331848 DATED 07-11-2016, EXPIRES 07-11-2026

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 79-201,936, FILED 07-11-2016