IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINK FLOYD (1987) LIMITED.<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"<br><br>　　　　　　　　　Defendants. | Case No.: 1:20-cv-07082 |

### DECLARATION OF Zhi E Xie

I, **Zhi E Xie**, declare as follows:

1. My name is **Zhi E Xie**. I am the legal representative of ShenZhenShiXiDianLiangHuaGuangGaoBiaoShi Ltd, the operator of **bmjlusafashion.**

2. I am over eighteen (18) years of age. I make this Declaration based on my personal knowledge.

3. I have read this declaration fully and completely before signing it. I understand its contents.

4. I have uploaded the business's true and correct physical address <u>ShenZhenShi BaoAn Qu 41Qu 181Hao 2 Ceng, ShenZhen, Guang Dong, 518000 CN</u> to Amazon when I registered the account **bmjlusafashion.**

5. I live at ShenZhen, Guang Dong, China.

1

6. I have never traveled to the United States.

7. I have no offices, employees, or agents in Illinois.

8. I do not own, use, or possesses any real or personal property in Illinois.

9. I have never paid taxes in Illinois.

10. I have never filed a lawsuit in Illinois.

11. I have never held any bank accounts in Illinois.

12. I have never warehoused or stored inventory in Illinois.

13. I have never directed advertising or marketing towards Illinois.

14. I have never contracted with any internet service provider located in Illinois.

15. I have never purchased goods or services from any entities or individuals located in Illinois.

16. I purchased the products from suppliers in China, who informed me that these products were authentic.

17. I have never sold any allegedly infringing products to anyone in Illinois.

I declare under penalties of perjury of the laws of the United States of America that the above is true and correct within my best knowledge.

Date: 1/27/2021  /s/ *Zhi E Xie*
**Zhi E Xie**

2