# Exhibit 1

# BMJLUSAFashion

BMJLUSAFashion storefront

⭐⭐⭐⭐⭐ | **99% positive** in the last 12 months (187 ratings)

BMJLUSAFashion is committed to providing each customer with the highest standard of customer service.

## Detailed Seller Information

**Business Name:**ShenZhenShiXiDianLiangHuaGuangGaoBiaoShi Ltd
**Business Address:**
ShenZhenShi BaoAn Qu 41Qu 181Hao 2 Ceng
ShenZhen
Guang Dong
518000
CN