UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

PINK FLOYD (1987) LIMITED

                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                Defendant.

Case No.:
1:20−cv−07082

Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 1, 2021:

    MINUTE entry before the Honorable Thomas M. Durkin: The Court is in receipt of Plaintiff's renewed motion for entry of a preliminary injunction against defendant BMJLUSAFashion, R. [67], and BMLJUSAFashion's subsequent request for clarification, R. [70]. In the latter, BMJLUSAFashion asks that its motion to dissolve the preliminary injunction as to it, R. [58], be granted given Plaintiff's decision not to contest that it failed to properly serve BMJLUSAFashion before the existing preliminary injunction was entered. The Court agrees that the preliminary injunction should be dissolved as to BMJLUSAFashion for this reason, and therefore grants BMJLUSAFashion's motion to dissolve the injunction as to it, R. [58], on this basis. In so doing, the Court notes that Plaintiff's renewed motion for preliminary injunction as to BMJLUSAFashion is currently set to be heard on July 6, 2021 at 9:00 a.m. To the extent Plaintiff believes it will be prejudiced by the dissolution of the preliminary injunction as to BMJLUSAFashion in the interim, it is free to file an emergency motion for preliminary injunction and notice it up for a telephonic hearing as soon as tomorrow. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.